United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States Equal Employment Opportunity Commission, Plaintiff, <br><br> v. <br><br> Michael Sinclair, and Epilution Med Spa, LLC, Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No. 23-23547-Civ-Scola |

### Order Adopting Magistrate Judge's Report And Recommendation

Petitioner's Application for an Order to Show Cause Why Administrative Subpoenas Should Not Be Enforced (ECF No. 1) was referred to United States Magistrate Judge Eduardo I. Sanchez for a report and recommendation. (ECF No. 12.) On August 9, 2024, Judge Sanchez issued a report, recommending that Petitioner's Application be granted. (R.&R., ECF No. 15.) The Respondents have not filed objections to the report, and the time to do so has passed.

The Court has considered Judge Sanchez's report, the record, and the relevant legal authorities. The Court finds Judge Sanchez's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Sanchez's report and recommendation (**ECF No. 12**). The Court **grants** the Petitioner's Application (**ECF No. 1**) and **directs** the Respondents to comply with the subpoenas at issue. The clerk is directed to **administratively close** this case.

**Done and ordered**, at Miami, Florida, on August 27, 2024.

_____
Robert N. Scola, Jr.
United States District Judge